IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR -4 AM 10: 35

CLERK_____
SO. DIST. OF GA.

ELIZABETH E. CAIN;  )
DAVID KAMINSKY; and  )
LARRY GIBSON,  )
  )
    Plaintiffs,  )
  )
v.  )  CASE NO. CV407-06
  )
U.S. ARMY CORPS OF ENGINEERS;  )
GEORGIA STATE DEPARTMENT OF  )
NATURAL RESOURCES, COASTAL  )
RESOURCES DIVISION; SUSAN  )
SHIPMAN; MARK A. DANA; and  )
FRANCES M. DANA,  )
  )
    Defendants.  )
  )

## O R D E R

Before the Court is the parties' "Stipulation of Dismissal." (Doc. 33.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by the plaintiff "by filing a stipulation of dismissal signed by all parties who have appeared in the action." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 4th day of April, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA